JAMES NASH, Appellant, v. MASON & HANGER Co., INC., Respondent.— Appeal from judgment dismissing the complaint at the close of plaintiff's case in an action brought to recover damages for personal injuries sustained by plaintiff when he fell into an opening in a subway while delivering goods to defendant. On argument, judgment reversed upon the law and a new trial granted, with costs to appellant to abide the event. The trial court dismissed the complaint because it was of the opinion that plaintiff was injured in a place where he had no right to go. We are of the opinion that the record does not clearly establish that fact, and that under the circumstances shown a new trial should be had in the interest of substantial justice to give the plaintiff an opportunity to present the facts fully. Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ., concur.

FRANK KIEBITZ & SONS, INC., Respondent, v. ABRAHAM BERMAN and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

JOSEPH CUSIMANO, an Infant, by ANTONIO CUSIMANO, His Guardian ad Litem, and ANTONIO CUSIMANO, Appellants, v. RAYMOND STRONG, as Receiver of 1306 CONEY ISLAND AVENUE CORPORATION, Respondent.— Action against a receiver in foreclosure to recover for damages sustained as a result of personal injuries alleged to be due to the fall of a dumbwaiter, the supporting rope of which gave way after having become worn and defective. Order dismissing the complaint for failure to state a cause of action affirmed, with ten dollars costs and disbursements. (*Woman's Hospital* v. *Loubern Realty Corp.*, 266 N. Y. 123; followed in *New York Life Ins. Co.* v. *Hazlitt Realty Corp.*, Id. 454; *Coughlin* v. *Otis Elevator Company*, 244 App. Div. 815; *Horan* v. *O'Reilly*, 245 id. 761.) Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.